PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Apr 18, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>LUIS FELIPE LOPEZ ZAMORA,<br><br>                Defendant. | CASE NO. 2:21-CR-0007-DAD<br><br>ORDER TO FILE REDACTED COPY OF SUPERSEDING INDICTMENT |

The government's motion to unseal portions of the superseding indictment and keep any reference to the remaining defendant sealed, and to file a redacted copy of the sealed superseding indictment is GRANTED.

Dated: April 18, 2024

_____
Hon. Carolyn K. Delaney
United States Magistrate Judge