PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-0007-DAD-3 |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE |
| v. | DATE: May 13, 2024 |
| LUIS FELIPE LOPEZ ZAMORA, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Luis Felipe Lopez Zamora, by and through his attorney of record, Mark Reichel, hereby request to vacate the May 13, 2024, status conference:

1. A jury trial is scheduled to begin on March 3, 2025, and time has been excluded through that date under local codes T4 and T2. ECF 517. A trial confirmation hearing is set for January 28, 2025. ECF 517.

2. Defense counsel, Mr. Reichel, is scheduled to be in a state court jury trial on May 13, 2024.

3. Accordingly, the parties jointly request that the status conference currently set for May 13, 2024, at 9:30 a.m., be vacated.

STIPULATION TO VACATE STATUS CONFERENCE        1

IT IS SO STIPULATED.

Dated: May 6, 2024                                   PHILLIP A. TALBERT
                                                     United States Attorney

                                                     /s/ DAVID W. SPENCER
                                                     DAVID W. SPENCER
                                                     Assistant United States Attorney

Dated: May 6, 2024                                   /s/ Mark Reichel
                                                     Mark Reichel
                                                     Counsel for Defendant
                                                     LUIS FELIPE LOPEZ ZAMORA

**ORDER**

The status conference set for May 13, 2024, at 9:30 a.m., is hereby vacated.

IT IS SO ORDERED.

Dated: **May 7, 2024**                               _____
                                                     DALE A. DROZD
                                                     UNITED STATES DISTRICT JUDGE