**REICHELLAW PC**
MARK REICHEL, ATTORNEY AT LAW
State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
LUIS FELIPE LOPEZ ZAMORA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br> LUIS FELIPE LOPEZ ZAMORA, <br><br> Defendant | Case No.: 2:21-CR-00007-DAD-3 <br><br> STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER <br><br> Date: June 30, 2025 <br> Time: 9:30 AM <br> Court: Hon. DALE A. DROZD |

**STIPULATION**

The parties hereto request a new schedule for sentencing. The dates agreed upon are set forth below.

Judgment and Sentencing Date:   June 30, 2025

Reply, or Statement of Non-Opposition:   June 23, 2025

Formal Objections to the Presentence Report shall be filed with the Court and served on the

Probation Officer and opposing counsel no later than:   June 16, 2025

STIPULATION AND ORDER TO MODIFY SENTENCING DATE
1

The final Presentence Report shall be filed with the Court and disclosed to counsel no later than:

    June 9, 2025

Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:   June 2, 2025

The draft Presentence Report shall be disclosed to counsel no later than:   May 26, 2025

    IT IS SO STIPULATED.

| | |
|---|---|
| Dated: April 15, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| Dated: April 15, 2025 | */s/ DAVID SPENCER*<br>DAVID SPENCER<br>Assistant United States Attorney |
| Dated: April 15, 2025 | */s/ MARK REICHEL*<br>MARK REICHEL<br>Counsel for Defendant |

## FINDINGS AND ORDER

    Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for May 19, 2025, is continued to June 30, 2025, at 9:30 a.m. and the presentence report related filing dates proposed by the parties are adopted.

    IT IS SO ORDERED.

Dated: **April 15, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO MODIFY SENTENCING DATE

2