REICHELLAW PC
MARK REICHEL
ATTORNEY AT LAW
State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
LUIS FELIPE LOPEZ ZAMORA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS FELIPE LOPEZ ZAMORA,<br><br>Defendant | Case No.: 21-CR-00007-DAD-3<br>STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER<br><br>Date: August 18, 2025<br>Time: 9:30 AM<br>Court: Hon. DALE A. DROZD |

**STIPULATION**

The parties hereto request a new schedule for sentencing. The dates agreed upon are set forth below.

Judgment and Sentencing Date:                                                    August 18, 2025

Reply, or Statement of Non-Opposition:                                        August 11, 2025

---

STIPULATION AND ORDER TO MODIFY SENTENCING DATE
1

Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:        August 4, 2025

The final Presentence Report shall be filed with the Court and disclosed to counsel no later than:        July 28, 2025

Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:        July 21, 2025

The draft Presentence Report was disclosed to the parties on:        May 21, 2025

IT IS SO STIPULATED.

Dated: June 4, 2025        Michele Beckwith
        Acting United States Attorney

Dated: June 4, 2025        */s/ DAVID SPENCER*
        DAVID SPENCER
        Assistant United States Attorney

Dated: June 4, 2025        */s/ MARK REICHEL*
        MARK REICHEL
        Counsel for Defendant
        Luis Felipe Lopez Zamora

STIPULATION AND ORDER TO MODIFY SENTENCING DATE
2

**FINDINGS AND ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in this case previously scheduled for June 30, 2025, is continued to August 18, 2025, at 9:30 a.m. and the presentence report disclosure and related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated:   **June 9, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE