**REICHELLAW PC**
MARK REICHEL, ATTORNEY AT LAW
State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
Office: 916.548.7398
Fax: 888.505.9331

mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
LUIS FELIPE LOPEZ ZAMORA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS FELIPE LOPEZ ZAMORA<br><br>Defendant | Case No.: 2:21-CR-00007-DAD-3<br><br>STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER<br><br>Date: August 25, 2025<br>Time: 9:30 AM<br>Court: Hon. DALE A. DROZD |

**STIPULATION**

All parties hereto request a new date for sentencing. The dates agreed upon are set forth below:

All parties request the new schedule as follows:

Judgement and Sentencing Date:                                           August 25, 2025

Reply, or Statement of Non-Opposition                                    August 18, 2025

STIPULATION AND ORDER TO MODIFY SENTENCING SCHEDULE
1

Formal Objections to Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:   August 11, 2025

The final Presentence Report shall be filed with the Court and disclosed to counsel no later than:

August 4, 2025

Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:   July 28, 2025

The draft Presentence Report was disclosed to the parties on:   May 21, 2025

IT IS SO STIPULATED.

Dated: July 24, 2025

KIMBERLY SANCHEZ
Acting United States Attorney

Dated: July 24, 2025

*/s/ DAVID SPENCER*
DAVID SPENCER
Assistant United States Attorney

Dated: May 6, 2025

*/s/ MARK REICHEL*
MARK REICHEL
Counsel for Defendant
Luis Felipe Lopez Zamora

STIPULATION AND ORDER TO MODIFY SENTENCING SCHEDULE
2

**FINDINGS AND ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to this defendant is continued to August 25, 2025, at 9:30 a.m. and the presentence report related dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated: **July 24, 2025**

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE