**REICHELLAW PC**
MARK REICHEL, ATTORNEY AT LAW
State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA 95814
Office: 916.548.7398
Fax: 888.505.9331

mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
LUIS FELIPE LOPEZ ZAMORA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS FELIPE LOPEZ ZAMORA<br><br>Defendant | Case No.: 2:21-CR-00007-DAD-3<br><br>STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER<br><br>Date: September 15, 2025<br>Time: 9:30 AM<br>Court: Hon. DALE A. DROZD |

**STIPULATION**

All parties hereto request a new date for sentencing. The dates agreed upon are set forth below:

All parties request the new schedule as follows:

Judgement and Sentencing Date:                    September 15, 2025

Reply, or Statement of Non-Opposition             September 8, 2025

---

STIPULATION AND ORDER TO MODIFY SENTENCING SCHEDULE
1

Formal Objections to Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: September 1, 2025

The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: August 18, 2025

Counsel's informal written objections to the Presentence Report have been provided presently

IT IS SO STIPULATED.

Dated: August 5, 2025

KIMBERLY SANCHEZ
Acting United States Attorney

*/s/ DAVID SPENCER*
DAVID SPENCER
Assistant United States Attorney

Dated: August 5, 2025

*/s/ MARK REICHEL*
MARK REICHEL
Counsel for Defendant
Luis Felipe Lopez Zamora

**FINDINGS AND ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to defendant Luis Felipe Lopez Zamora previously scheduled for August 25, 2025, is continued to September 15, 2025, at 9:30 a.m. and the presentence report related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated: **August 5, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO MODIFY SENTENCING SCHEDULE
2