REICHELLAW PC
MARK REICHEL
ATTORNEY AT LAW
State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
LUIS FELIPE LOPEZ ZAMORA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-CR-00007-DAD-3 |
| Plaintiff, | STIPULATION TO RESET SENTENCING DATE; ORDER |
| vs. | Date: October 27, 2025<br>Time: 9:30 AM<br>Court: Hon. DALE A. DROZD |
| LUIS FELIPE LOPEZ ZAMORA, | |
| Defendant | |

**STIPULATION**

The parties hereto request a new date for sentencing. The dates agreed upon are as follows:

Judgment and Sentencing Date:                                               October 27, 2025

Reply, or Statement of Non-Opposition:                                    October 20, 2025

Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:                                   October 13, 2025

The final Presentence Report is on file with the Court.

STIPULATION AND ORDER TO RESET SENTENCING SCHEDULE
1

On Sunday evening August 24th, defense counsel came down with COVID virus. He obtained Paxlovid medication following a Dr. visit on Monday, the 25th. Defense counsel remains positive for the virus. Defense counsel was very ill, and unable to perform much work at all.

Defendant Zamora is housed at Marysville Jail, approximately 60 miles from Sacramento. The "Tablet" the inmates are provided was not working between defense counsel and Mr. Zamora. Mr. Zamora plead "open", and his sentencing litigation is complex, and the formal objections to the PSR are due September 1, 2025. Defense counsel has been unable to visit in person and to speak in any lengthy manner with the defendant since August 24th. It is defense counsel's position that Mr. Zamora has extensive input into evidentiary challenges for the sentencing litigation, including formal objections.

Defense counsel is required to start a trial on September 8th in Yolo County Superior Court, which will occur daily until finished; expected to finish September 23rd.

Based upon the foregoing, defense counsel requests the continuance of the schedule as set forth herein.

The government and the probation officer in the case have been apprised of the request and do not oppose the request.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | Eric Grant<br>United States Attorney |
| Dated: August 29, 2025 | */s/DAVID SPENCER*<br>DAVID SPENCER<br>Assistant United States Attorney |
| Dated: August 29, 2025 | */s/ MARK REICHEL*<br>MARK REICHEL<br>Counsel for Defendant<br>Luis Felipe Lopez Zamora |

STIPULATION AND ORDER TO RESET SENTENCING SCHEDULE

2

**FINDINGS AND ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to defendant Luis Felipe Lopez Zamora previously scheduled for September 15, 2025, is continued to October 27, 2025, at 9:30 a.m. and the presentence report related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated:   **August 29, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE