**REICHELLAW PC**
**MARK REICHEL, State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA  95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
LUIS FELIPE LOPEZ ZAMORA

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> vs. <br><br> LUIS FELIPE LOPEZ ZAMORA, <br><br>  Defendant | Case No. 2:21-CR-00007-DAD-3 <br><br> STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER <br><br> Date: NOVEMBER 24, 2025 <br> Time: 9:30 AM <br> Court: Hon. DALE A. DROZD |

## STIPULATION

The parties have agreed to continue the date for sentencing to November 24, 2025. Based thereon, the parties hereby stipulate to a continuance of the Judgement and Sentencing date and scheduling dates as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | November 24, 2025 |
| Reply, or Statement of Non-Opposition: | November 17, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | November 10, 2025 |
| The final Presentence Report shall be on filed with the Court and disclosed no later than: | November 3, 2025 |

*Stipulation & Order to Continue Sentencing*
*1*

| | |
|---|---|
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | October 27, 2025 |
| The draft Presentence Report was disclosed to the parties on: | August 14, 2025 |

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: October 14, 2025                     Eric Grant
                                            United States Attorney

                                            */s/DAVID SPENCER*
                                            DAVID SPENCER
                                            Assistant United States Attorney

Dated: October 14, 2025                     REICHELLAW PC

                                            */s/ MARK REICHEL*
                                            MARK REICHEL
                                            Counsel for Defendant
                                            Luis Felipe Lopez Zamora


## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing of defendant Lopez Zamora is continued to November 24, 2025, at 9:30 a.m. and the presentence report and related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated: __**October 14, 2025**__              _____
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE

*Stipulation & Order to Continue Sentencing*
*2*